UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HORACE LEE HANKERSON,**

    **Plaintiff,**

v.                                              Case No. 3:12cv251/LC/CJK

**P. JOHNSON,**

    **Defendant.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 15, 2014 (doc. 45). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITHOUT PREJUDICE against defendant Johnson for plaintiff's failure to effectuate proper service within the time allowed by the Federal Rules of Civil Procedure.

**DONE AND ORDERED** this 16th day of May, 2014.

                                                      s/*L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**