UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HORACE LEE HANKERSON,
    Plaintiff,

v.                                                       Case No. 3:12CV251/LC/CJK

J. SANTOS,
    Defendant.
_____/

## **ORDER**

        This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 25, 2014 (doc. 56). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

        Having considered the Report and Recommendation, and the objections there to timely filed, I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows**:**

        1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

        2.      The defendant's motion for summary judgment (doc. 49) is GRANTED and the Clerk of Court is directed to enter final summary judgment in favor of the defendant, consistent with this order.

        3.      The plaintiff's motion for summary judgment (doc. 55) is DENIED.

4. All pending motions are DENIED as MOOT.

5. The Clerk is directed to close the file.

**DONE AND ORDERED** this 21st day of October, 2014

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**